CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for RKS
NOV 3 0 2010
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT TRUSSEL, </br> Plaintiff, | Civil Action No. 7:10-cv-00518 |
| v. | **ORDER** |
| K. MCNEELY, et al., </br> Defendants. | By: Hon. Jackson L. Kiser </br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**; the complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of November, 2010.

Senior United States District Judge